UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x

ALLIANZ GLOBAL CORPORATE & SPECIALTY SE   :        21-Cv-1044 (SHS)
a/s/o Chem Trend Korea Ltd.,

                                                   :

                            Plaintiff,             ORDER
              -v-                                  :

KUEHNE + NAGEL, INC. d/b/a Blue Anchor America     :
Line,

                                                   :

                            Defendant.
--------------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A teleconference having been held yesterday, with counsel for all parties participating,

        IT IS HEREBY ORDERED that the next pretrial conference is scheduled for November
3, 2021, at 2:00 p.m. *by telephone*

Dated: New York, New York
        September 30, 2021

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.