UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ALLIANZ GLOBAL CORPORATE & SPECIALTY SE  :        21-Cv-1044 (SHS)
a/s/o Chem Trend Korea Ltd.,

                                                   :

                               Plaintiff,        ORDER

                -v-                         :

KUEHNE + NAGEL, INC. d/b/a Blue Anchor America  :
Line,

                                                   :

                               Defendant.
-------------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A teleconference having been held on November 3, with counsel for all parties participating,

       IT IS HEREBY ORDERED that there will be a teleconference on December 22, 2021, at 10:15 a.m. to set a discovery schedule, unless a stipulation of dismissal with prejudice has been filed before that date. The parties shall dial 888-273-3658 and use access code 7004275 to access the conference.

Dated: New York, New York
       November 4, 2021

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.