UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIANZ GLOBAL CORPORATE &
SPECIALTY
SE a/s/o Chem Trend Korea Ltd.,

   Plaintiff,

v.

KUEHNE + NAGEL, INC.
d/b/a Blue Anchor Line,

   Defendant.

---

KUEHNE + NAGEL, INC.
d/b/a Blue Anchor Line,

   Third-Party
   Plaintiff,

v.

CMA CGM, S.A.,

   Third-Party
   Defendant.

21-CV-01044 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff has notified the Court that the parties have reached a settlement in principle but have not yet signed the release or filed a stipulation of dismissal with prejudice.

IT IS HEREBY ORDERED that the next pretrial conference is scheduled for January 26, 2022, at 11:00 a.m. by teleconference. If no stipulation of dismissal with prejudice has been filed by January 25, the Court will set a discovery schedule at the conference.

Dated: New York, New York
   December 22, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.