*Nicoletti Hornig & Sweeney*

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

January 24, 2022

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:   Settlement of Case and Request for Adjournment of Conference**
*Allianz Global Corporate & Specialty SE v. Kuehne + Nagel, Inc.*
**21 Civ. 1044 (SHS)**

Dear Honorable Sir:

We represent Plaintiff in the above-referenced action. We write on behalf of all parties to respectfully request a 30-day adjournment of the telephonic status conference scheduled for January 25, 2022 at 11:00 a.m. We previously advised the Court that the parties reached a settlement in principle in this matter. The parties are close to finalizing the settlement paperwork/settlement payment and expect to be able to file a stipulation of dismissal within the next two weeks. The undersigned has conferred with counsel and all parties consent to the requested adjournment of the conference while the settlement is finalized.

We thank the Court for its time and attention to this matter. Please do not hesitate to contact the undersigned with any questions or comments.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: /s/ Val Wamser

**The conference is adjourned to February 25, 2022, at 9:00 a.m. No further requests for adjournments will be granted.**

Dated: New York, New York
January 26, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

**CC:**

All Counsel of Record via ECF